IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs  4:06CR00373-01-WRW

CARLOS DANIELS

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Over the objection of the Government, the defendant entered a plea of no contest. The Court accepted the no contest plea and found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 24 Months at a designated Bureau of Prisons correctional facility. The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The defendant is not to have any contact with the victims in this matter during incarceration and supervised release. Supervised Release following incarceration is imposed for a period of 1 year. The defendant is to participate in mental health counseling with an emphasis on anger management at the direction of the U.S. Probation Office. All other conditions previously imposed on the defendant remain in full force and effect.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 13th day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Daniels.wpd